ACCEPTED
03-14-00131-CV
3685614
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 3:31:30 PM
JEFFREY D. KYLE
CLERK



COZEN
O'CONNOR

January 7, 2015

**GREGORY S. HUDSON**
Direct Phone  832-214-3909
Direct Fax  832-214-3905
ghudson@cozen.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 3:31:30 PM
JEFFREY D. KYLE
Clerk

Attn: Clerk of Court
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re:  ***Zbranek Custom Homes, Ltd. v. Joe Allbaugh, Diane Albaugh, and Rutilio Albarran Construction, Inc. d/b/a El Paso Framing***
**Court of Appeals number: 03-14-00131-CV**
**Cozen Matter no.: 230723.000**

Dear Clerk:

Please be informed that the undersigned will argue this case before the Court on behalf of Defendants Joe Allbaugh and Diane Albaugh.

Should you have any questions, please do not hesitate to call.  Thank you.

Sincerely,

COZEN O'CONNOR

Gregory S. Hudson

GSH/bepj

cc:  Suzanne C. Radcliff
Tim Poteet
Erin L. Westendorf
David E. Chamberlain

21901946\1 00012.0023.000/230723.000